CLER... ...



**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2022 AUG 15

| United States District Court | District: _Eastern District of Wisconsin_ |
|---|---|
| Name (under which you were convicted): _Michael Brown_ | Docket or Case No.: _18CF347 18CF371_ |
| Place of Confinement: _Redgranite Correctional Institution_ | Prisoner No.: _426179_ |
| Petitioner (include the name under which you were convicted) _Michael Brown_ | Respondent (authorized person having custody of petitioner) v. _Warden Daniel Cromwell_ |
| The Attorney General of the State of: _Wisconsin_ _Joshua Kaul_ | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

_Walworth County_

(b) Criminal docket or case number (if you know): _18 CF 347, 18CF371_

2. (a) Date of the judgment of conviction (if you know): _Filed 1-17-2019_

(b) Date of sentencing: _1-10-2019_

3. Length of sentence: _22 years_

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

_939.05 (PTAC) Robbery of a Financial Institution_
_939.32 (Attempt) Escape - Criminal Arrest_

6. (a) What was your plea? (Check one)

    ☐ (1) Not guilty     ☐ (3) Nolo contendere (no contest)

    ☒ (2) Guilty     ☐ (4) Insanity plea

Case 2:22-cv-00934-JPS    Filed 08/15/22    Page 1 of 15    Document 1

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

      ☐ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

      ☐ Yes    ☒ No

8.    Did you appeal from the judgment of conviction?

      ☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court: *Court of Appeals District II*

(b) Docket or case number (if you know): *2020AP552-CR & 2020AP553-CR*

(c) Result: *Denied*

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: *My defense counsel James B Duquette (Court appointed counsel) attached the wrong jury instructions to the plea questionnaire. The Judge did not independently explain the nature of the offense either. At a evidentiary hearing Attorney Duquette testified that he never discussed the elements of the offense in terms that the victim was indeed a Financial Institution.*

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

    If yes, answer the following:

(1) Name of court: *State of Wisconsin Supreme Court*

(2) Docket or case number (if you know): *2020AP552-CR & 2020AP553-CR*

(3) Result: *Denied*

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: *Defense Counsel attached incorrect jury instruction to the plea questionnaire. The presiding Judge admitted that the plea colloquy was defective and did not himself explain the nature of the offense.*

(h) Did you file a petition for certiorari in the United States Supreme Court?     ☐ Yes     ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?     ☐ Yes     ☒ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No

(7) Result: _____

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☒ Yes ❏ No

(2) Second petition: ☒ Yes ❏ No

(3) Third petition: ☒ Yes ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE: _Defense Counsel attached wrong jury instruction to plea questionnaire. The Judge also did not explain elements of the offense._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Defense Counsel James B. Duquette attached the wrong jury instruction to the plea questionnaire. He attached Wis JI-Criminal 1479, which is the instruction for armed robbery contrary to § 943.32(1)(a), Stats - robbery of a financial institution. The Presiding Judge also did not explain the nature of the offense or go over the elements of the offense._

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

_____

(c)     **Direct Appeal of Ground One:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?     ☒  Yes     ☐  No

        (2) If you did not raise this issue in your direct appeal, explain why: _____

        _____

        _____

(d) **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ☒  Yes     ☐  No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: *Appeal*

        Name and location of the court where the motion or petition was filed: *State of Wisconsin*
        *Court of Appeals District II*

        Docket or case number (if you know): *2020 AP552-CR & 2020 AP553-CR*

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): *Denied*

        _____

        (3) Did you receive a hearing on your motion or petition?     ☐  Yes     ☒  No

        (4) Did you appeal from the denial of your motion or petition?     ☒  Yes     ☐  No

        (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☒  Yes     ☐  No

        (6) If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed: *State of Wisconsin*
        *Supreme Court*

        Docket or case number (if you know): *2020AP552-CR & 2020AP553-CR*

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

        _____

        (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

        _____

        _____

        _____

        _____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have
used to exhaust your state remedies on Ground One: _Petition to the Governor and_
_Senator Lena Taylor_

**GROUND TWO:** _Guilty plea was not entered freely, voluntarily,_
_and intelligently entered as defense counsel error in jury instruction_
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Under oath court appointed counsel James B. Duquette_
_"I dont believe or recall that I ever told Mr. Brown in so_
_many words that the victim must be a financial institution_
_as an element of the offense" followed by "I was unaware_
_that that was an independent element of the offense. I_
_didn't have the correct jury instruction." So how could a plea_
_be entered freely, voluntarily, and intelligently if the_
_defense counsel never discussed any of it with his client?_

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    _Appeal_

Name and location of the court where the motion or petition was filed:    _State of_
_Wisconsin Court of Appeals_

Docket or case number (if you know):    _2020 AP 552-CR & 2020 AP553-CR_

Case 2:22-cv-00934-JPS    Filed 08/15/22    Page 7 of 15    Document 1

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): *Denied* _____

_____

_____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *State of Wisconsin Supreme Court*

Docket or case number (if you know): *2020 AP552-CR & 2020 AP553-CR*

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): *Denied* _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : *Petition to the Governor, Senator Lena Taylor.*

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?     ☐   Yes     ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ☐   Yes     ☐   No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?     ☐   Yes     ☐ No

    (4) Did you appeal from the denial of your motion or petition?     ☐   Yes     ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐   Yes     ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?            ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?       ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?    ☐ Yes        ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them: _____

        _____

        _____

        _____

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

        _____

        _____

        _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?        ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available. _____

    _____

    _____

    _____

    _____

    _____

    _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?        ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised. _____

    _____

    _____

    _____

    _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: __James B. Duquette__

__23 N. Wisconsin St. P.O. Box 470 Elkhorn, Wi53121__

(b) At arraignment and plea: __James B. Duquette__

(c) At trial: __James B. Duquette__

(d) At sentencing: __James B. Duquette__

(e) On appeal: __Jeffrey Jensen__

__111 E. Wisconsin Ave., Suite 1925 Milwaukee, Wi 53202-4825__

(f) In any post-conviction proceeding: __Jeffrey Jensen__

(g) On appeal from any ruling against you in a post-conviction proceeding: __Jeffrey Jensen__

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?          ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?          ☐ Yes    ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
      custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

      (A)   the date on which the judgment became final by the conclusion of direct review or the expiration
            of the time for seeking such review;

      (B)   the date on which the impediment to filing an application created by State action in violation of
            the Constitution or laws of the United States is removed, if the applicant was prevented from
            filing by such state action;

      (C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court,
            if the right has been newly recognized by the Supreme Court and made retroactively applicable to
            cases on collateral review; or

      (D)   the date on which the factual predicate of the claim or claims presented could have been
            discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

_____

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on    *8-/-22*    (date).

*Michael Brown*
*#426179*
*Redgranite Correctional Inst.*
*P.O. Box 925 Redgranite, Wi*
*54970*

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____